# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ROBERT DOUGLASS DUNN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUTOMOTIVE FINANCE CORPORATION, ) <br> KAR AUCTION SERVICES, INC., and ) <br> ADESA, INC., ) <br> ) <br> Defendants. ) | Civil No. 3:11-1079 <br> Judge Trauger |

## ORDER

The Joint Motion to Refer Case to Magistrate Judge for Judicial Settlement Conference (Docket No. 26) is **DENIED**. First, this court has a preference for private mediation, when the parties can afford it, in that the Magistrate Judges are extremely busy in this district. Second, barring a compelling reason, the Magistrate Judge assigned to the case will conduct a judicial settlement conference, upon referral. In this case, the Magistrate Judge assigned is Joe Brown, not Magistrate Judge Griffin.

It is so **ORDERED**.

ENTER this 20th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge