Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT DOUGLASS DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:11-cv-01079 |
| ) | Judge Trauger |
| AUTOMOTIVE FINANCE CORPORATION, ) | Magistrate Judge Brown |
| KAR AUCTION SERVICES, INC., AND ) | |
| ADESA, INC. ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO AMEND CASE MANAGEMENT ORDER**

Come Defendants, with the consent of Plaintiff, and hereby moves the Court to amend the Case Management Order and grant an extension of the dispositive motions deadline from October 31, 2012 to November 30, 2012. In support of this motion, Defendant states as follows:

1. The parties have agreed to conduct additional discovery beyond the current deadline of September 28, 2012 (specifically the depositions of Rich Hopkins and Brian Williams).

2. The trial of this matter was recently continued from April 9, 2013 until September 10, 2013.

3. Plaintiff's counsel has agreed to this extension.

4. This short extension will allow the parties to complete discovery and prepare any dispositive motions in an orderly fashion and will not affect the new trial date.

For the forgoing reasons, Defendants respectfully request that the Court grant this brief extension.