UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT DOUGLASS DUNN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AUTOMOTIVE FINANCE CORPORATION, )<br>KAR AUCTION SERVICES, INC., AND )<br>ADESA, INC. )<br>)<br>Defendants. ) | Case No. 3:11-cv-01079<br>Judge Trauger<br>Magistrate Judge Brown |

**PROPOSED ORDER GRANTING CONSENT MOTION TO AMEND CASE MANAGEMENT ORDER**

The Defendants' Consent Motion to Amend Case Management Order is hereby GRANTED. The deadline to file dispositive motions is hereby continued to November 30, 2012.

It is so **ORDERED.**

**ENTERED** this the 30th day of October, 2012.

_____
ALETA A. TRAUGER
United States District Judge

Submitted for Entry:

s/ Ann Buntin Steiner
Ann Buntin Steiner, TN Bar No. 11697
Steiner & Steiner
613 Woodland Street
Nashville, TN  37206
615.244.5063

Attorney for Plaintiff

s/ William S. Rutchow
William S. Rutchow, TN Bar No. 017183
Jennifer S. Rusie, TN Bar No. 026009
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
SunTrust Plaza, Suite 1200
401 Commerce Street
Nashville, TN  37219-2446
Telephone:  615.254.1900
Facsimile:  615.254.1908

Attorney for Defendants

13495980.1 (OGLETREE)