UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT DOUGLASS DUNN,            ) | |
|                                  ) | |
|     Plaintiff,                      ) | |
|                                  ) | |
| vs.                              ) | Case No. 3:11-cv-01079 |
|                                  ) | Judge Trauger |
| AUTOMOTIVE FINANCE CORPORATION,  ) | Magistrate Judge Brown |
| KAR AUCTION SERVICES, INC., AND  ) | |
| ADESA, INC.                      ) | |
|                                  ) | |
|     Defendants.                    ) | |

## ~~PROPOSED~~ ORDER GRANTING CONSENT MOTION TO AMEND CASE MANAGEMENT ORDER

The Defendants' Consent Motion to Amend Case Management Order is hereby GRANTED. The deadline to file dispositive motions is hereby continued to November 30, 2012.

It is so **ORDERED.**

**ENTERED** this the 30th day of October, 2012.

_____
ALETA A. TRAUGER
United States District Judge

Submitted for Entry:

| | |
|---|---|
| s/ Ann Buntin Steiner<br>Ann Buntin Steiner, TN Bar No. 11697<br>Steiner & Steiner<br>613 Woodland Street<br>Nashville, TN  37206<br>615.244.5063<br><br>Attorney for Plaintiff | s/ William S. Rutchow<br>William S. Rutchow, TN Bar No. 017183<br>Jennifer S. Rusie, TN Bar No. 026009<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.<br>SunTrust Plaza, Suite 1200<br>401 Commerce Street<br>Nashville, TN  37219-2446<br>Telephone:  615.254.1900<br>Facsimile:  615.254.1908<br><br>Attorney for Defendants |

13495980.1 (OGLETREE)