Motion GRANTED.
Deadline is 1/23/13.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **ROBERT DOUGLASS DUNN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-cv-01079 |
| | ) | Judge Trauger |
| **AUTOMOTIVE FINANCE CORPORATION,** | ) | Magistrate Judge Brown |
| **KAR AUCTION SERVICES, INC., AND** | ) | |
| **ADESA, INC.** | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SET DEADLINE

Defendants, Automotive Finance Corporation, KAR Auction Services, Inc. and ADESA, Inc., respectfully requests that the Court enter an order setting the deadline for any Reply to Motion for Summary Judgment and Response to Plaintiff's Statement of Additional Statement of Facts as January 23, 2013. Defendants request confirmation of this deadline due to Plaintiff's filing of a motion to exceed the page limit in their response, which resulted in Plaintiff's response not being deemed filed until January 9, 2013. In support of this motion, Defendants state as follows:

1. On January 2, 2013, Plaintiff filed a motion for leave to exceed the page limit of his Response in Opposition to Defendants Motion for Summary Judgment (Docket 43). The court granted the motion on January 4, 3013 (Docket 48).

2. Plaintiff then filed his Response in Opposition on January 9, 2013.

3. The Initial Case Manager Order in this case set the deadline for any optional reply in support of a dispositive motion as 14 days after filing of any Response.

4. Plaintiff's counsel does not oppose this motion.