**Motion GRANTED.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ROBERT DOUGLASS DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:11-cv-01079 |
| | ) | Judge Trauger |
| AUTOMOTIVE FINANCE CORPORATION, | ) | Magistrate Judge Brown |
| KAR AUCTION SERVICES, INC., AND | ) | |
| ADESA, INC. | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S MOTION FOR PERMISSION TO FILE SUR-REPLY

Comes the Plaintiff, Robert Douglas Dunn, and moves this Honorable Court for permission to file a Sur-Reply. For grounds, Plaintiff would state that Defendants made completely new arguments in their Reply, such as Defendants now claim Plaintiff was fired for the use of the "N" word. Defendants also have presented new evidence which is inadmissible, such as the EEOC findings. Attached hereto is a copy of Plaintiff's Sur-Reply.

Respectfully Submitted,

s/Ann Buntin Steiner
Ann Buntin Steiner    #11697
The Law Offices of Steiner & Steiner
613 Woodland Street
Nashville, Tennessee 37206
(615) 244-5063

s/Edward Hiland
Edward Hiland    #5778
Hiland, Mathes & Urquhart
20 Academy Place
Nashville, TN 37210
(615) 251-6968

*Attorneys for Plaintiff, Robert Douglas Dunn*