Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ROBERT DOUGLASS DUNN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AUTOMOTIVE FINANCE CORPORATION, )<br>KAR AUCTION SERVICES, INC., AND )<br>ADESA, INC. )<br>)<br>Defendants. ) | Case No. 3:11-cv-01079<br>Judge Trauger<br>Magistrate Judge Brown |

## MOTION FOR LEAVE TO FILE RESPONSE TO SUR-REPLY

On February 12, 2013, the court granted Plaintiff's motion to file a sur-reply (Docket 57). Defendants respectfully request leave to file a short response to Plaintiff's sur-reply to correct misstatements Plaintiff makes in his sur-reply.

Respectfully submitted on February 12, 2013.

        s/ William S. Rutchow
        William S. Rutchow, TN Bar No. 017183
        Jennifer S. Rusie, TN Bar No. 026009
        Ogletree, Deakins, Nash,
        Smoak & Stewart, P.C.
        SunTrust Plaza, Suite 1200
        401 Commerce Street
        Nashville, TN  37219-2446
        Telephone:  615.254.1900
        Facsimile:  615.254.1908

        Attorney for Defendants