Motion GRANTED.

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | |
|---|---|
| ROBERT DOUGLASS DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:11-cv-01079 |
| ) | Judge Trauger |
| AUTOMOTIVE FINANCE CORPORATION, ) | Magistrate Judge Brown |
| KAR AUCTION SERVICES, INC., AND ) | |
| ADESA, INC. ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO FILE RESPONSE TO SUR-REPLY

On February 12, 2013, the court granted Plaintiff's motion to file a sur-reply (Docket 57). Defendants respectfully request leave to file a short response to Plaintiff's sur-reply to correct misstatements Plaintiff makes in his sur-reply.

Respectfully submitted on February 12, 2013.

          s/ William S. Rutchow
          William S. Rutchow, TN Bar No. 017183
          Jennifer S. Rusie, TN Bar No. 026009
          Ogletree, Deakins, Nash,
          Smoak & Stewart, P.C.
          SunTrust Plaza, Suite 1200
          401 Commerce Street
          Nashville, TN  37219-2446
          Telephone:  615.254.1900
          Facsimile:  615.254.1908

          Attorney for Defendants